

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 2-08-142-CV**

CURTIS BERRY                                                    APPELLANT

V.

DR. C. G. MUDALIAR, M.D. & STAFF                               APPELLEES

------------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On April 7, 2008, appellant Curtis Berry filed a notice of appeal from a summary judgment rendered against him on December 6, 2007. Berry filed a motion for new trial on April 7, 2008; the motion for new trial, however, was due on January 7, 2008. *See* TEX. R. CIV. P. 329b(a). Accordingly, the notice of appeal was not timely filed. *See* TEX. R. APP. P. 26.1(a).

---

[1] *See* TEX. R. APP. P. 47.4.

On April 8, 2008, this court informed Berry of its concern that it did not have jurisdiction over the appeal due to the untimely filing of the notice of appeal and requested that a response showing grounds for continuing the appeal be filed on or before April 18, 2008, or the appeal might be dismissed for want of jurisdiction.  Berry failed to file a response as requested.  We dismiss for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a), 44.3.

PER CURIAM

PANEL D:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED:  May 29, 2008